**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**John Lee BOYD, Jr., Defendant—**
**Appellant.**

No. 10–6968.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2010.
Decided: Sept. 7, 2010.

John Lee Boyd, Jr., Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Lee Boyd, Jr., appeals the district court's order denying relief on his motion to enforce the plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Boyd,* No. 5:93–cr–00123–F–3 (E.D.N.C. June 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*